UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:21-cv-00495-PD                                           Date: September 13, 2021

Title      _Rosanna Montego v. Kililo Kijakazi_

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause**

　　On March 24, 2021, the Court issued an Order re: Procedures in Social Security Appeal.  [Dkt. No. 7.]  Defendant was ordered to electronically serve the Administrative Record of Plaintiff within 90 days of service of the Complaint.  Plaintiff filed a proof of service on April 3, 2021.  [Dkt. No. 12.]  Defendant's Answer was due on May 26, 2021 and Defendant's service of the Administrative Record was due on July 6, 2021.  Defendant has failed to timely serve an Answer or serve the Administrative Record.

　　**Defendant is ORDERED TO SHOW CAUSE on or before September 28, 2021,** why the Court should not recommend that Defendant be sanctioned for failing to comply with the Court's Order. Defendant may discharge this Order by filing: (1) an Answer and serving the Administrative Records by September 28, 2021; or (2) file a document explaining why he failed to comply with the Court's March 24, 2021 Order.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer   im